United States District Court
Southern District of Texas
**ENTERED**
December 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERESA EASON, VALTON EASON, § § Plaintiffs, § VS. § OCWEN LOAN SERVICING, LLC § and § PHH MORTGAGE CORPORATION § and § POWER DEFAULT SERVICES, § § Defendants. § | CIVIL ACTION NO. 4:19-CV-2990 |

# FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this case on this date, the defendant's, PHH Mortgage Corporation, motion for summary judgment is **GRANTED**. The plaintiffs' claims are dismissed with prejudice. The plaintiffs shall take nothing by their suit.

This is a **FINAL JUDGMENT**.

SIGNED on this 3rd day of December, 2020.

_____
Kenneth M. Hoyt
United States District Judge